# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DONALD L. RICH and**
**MICHELLE L. RICH**
On Behalf of Himself
and All Others Similarly Situated

                                            Hon.  Judith E. Levy
                                            Mag.  Steven Whalen
          Plaintiff,                       Case No. 17-cv-10466

v.                                       **PROPOSED CLASS ACTION**

**MAKOWER ABBATE AND ASSOCIATES**
**PLLC dba MAKOWER ABBATE GUERRA**
**WEGNER VOLLMER**

        Defendant.

---

## NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

       Pursuant to Fed. R. Civ. P. 41(1)(A)(i), Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action, with prejudice as to  all Defendants.

Respectfully submitted,

/s/ Brian P. Parker
Law Offices of Brian P. Parker, P.C.
Brian P. Parker (P48617)
Attorney for Plaintiff
2000 Town Center, Suite 1900
Southfield, MI 48075
(248) 342-9583
brianparker@collectionstopper.com

ATTORNEY FOR PLAINTIFF